# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JIMMY JACOBS**  **PLAINTIFF**
**ADC #658948**

v.  No: 5:17-cv-00317 SWW

**FARVER,** *et al.*  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Jacobs' complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE.

DATED this 30th day of January, 2018.

/s/ Susan Webber Wright
UNITED STATES DISTRICT JUDGE