IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JIMMY JACOBS**                                                                **PLAINTIFF**
**ADC #658948**

**v.**                        No: 5:17-cv-00317 SWW

**FARVER,** *et al.*                                              **DEFENDANTS**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 30th day of January, 2018.

                                               /s/ Susan Webber Wright
                                               UNITED STATES DISTRICT JUDGE